# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **JUDITH KROMENHOEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 3:12-CV-0025** |
| | ) | |
| v. | ) | **ACTION FOR HOUSING** |
| | ) | **DISCRIMINATION; INTENTIONAL** |
| **ESTATE OF ALFRED FELICE,** | ) | **INFLICTION OF EMOTIONAL** |
| | ) | **DISTRESS** |
| **Defendant.** | ) | |
| _____ | ) | **JURY TRIAL DEMANDED** |

## TRIAL MANAGEMENT ORDER

**THIS MATTER** comes before the Court on a telephonic status conference held on March 14, 2022.[1] For reasons stated on the record at the telephonic status conference, it is hereby

**ORDERED** that Plaintiff's Second Motion for Summary Judgment as to the Estate of Alfred Felice, filed on November 29, 2021, ECF No. 420, is **DENIED;**[2] it is further

**ORDERED** that Defendant's Motion in Limine to Exclude Evidence Not Identified or Disclosed Pursuant to Rule 26(a), filed on January 10, 2022, ECF No. 426, is **DENIED;** it is further

**ORDERED** that Plaintiff's Motion for Extension of Time to File Voir Dire, Joint Neutral Statement, Jury Instructions and Trial Briefs, filed on March 2, 2022, ECF No. 434, is **GRANTED.** The parties shall adhere to the deadlines indicated below with regards to the filing of the above-referenced matters; it further

**ORDERED** that Defendant's Motion for Status Conference, filed on March 3, 2022, ECF No. 435, is **MOOT;** it is further

**ORDERED** that the parties shall adhere to the following schedule:

1. The deadline to propound discovery and to file any potentially dispositive pretrial motions has expired.

---

[1] Attorney Karin A. Bentz appeared on behalf of Plaintiff. Attorney Ryan C. Meade appeared on behalf of Defendant.

[2] *See Revock v. Cowpet Bay West Condominium Assn.*, 853 F.3d 96, 114-115 (3d Cir. 2017).

*Kromenhoek v. Estate of Alfred Felice*
Civil No. 3:12-CV-0025
Trial Management Order
Page **2** of **2**

2. The parties shall submit a Trial Brief in accordance with LRCi. 16.1(c) no later than **April 8, 2022.**

3. The parties may file one (1) motion *in limine*, which shall be no longer than twenty (20) pages in length, no later than **April 15, 2022,** with responses due within ten (10) days, thereafter, and replies due within five (5) days of service of the response.

4. The parties are directed to mediate this matter wherein the final mediation session shall be completed no later than **June 10, 2022;** however, the parties are encouraged to discuss the possibility of settlement throughout the proceedings.

5. A telephonic pretrial status conference shall be held on **June 24, 2022, at 10:00 a.m.** The Call-in number shall be provided to the parties at a later time.

6. **Jury Selection and Trial** shall commence on **Tuesday, September 6, 2022, at 9:00 a.m.** in Courtroom No. 1 in St. Thomas.

7. The parties are to assume that the deadlines contained in this Order will be strictly enforced and any extensions, changes, and/or modifications of any dates herein shall be made only for good cause and only with the Court's consent.

Finally, it is hereby **ORDERED** that a party's failure to proceed as ordered may result in the Court imposing appropriate sanctions.

**DATED:** March 15, 2022

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**